In re:  BOY SCOUTS OF AMERICA; and DELAWARE BSA LLC,

                                Debtors


    General Star Indemnity Company,
        Apellant