

Kiernan Trebach LLP
1233 20th Street, NW
8th Floor
Washington, DC 20036
T: (202) 712-7000
F: (202) 712-7100
KiernanTrebach.com

William H. White Jr.
wwhite@kiernantrebach.com

April 11, 2023

*Via Email Only*
Hon. Patricia S. Dodszuweit
Clerk of Court
U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790
*Emergency_motions@ca3.uscourts.gov*

    **Re:**    ***National Union Fire Insurance Co. of Pittsburgh PA, et al. v. Boy Scouts of America and Delaware BSA, LLC, et al. (3d Cir.)***
United States Court of Appeals for the Third Circuit
Case No.: TBA
KT No. 1519.0266

Dear Ms. Dodszuweit:

    Kiernan Trebach LLP represents Gemini Insurance Company in the appeal referenced above, which was noted for appeal on April 10, 2023. *See National Union Fire Insurance Co. of Pittsburgh PA, et al. v. Boy Scouts of America and Delaware BSA, LLC, et al.*, No. 1:22-cv-1237-RGA (D. Del.) (Dkt. No. 178). We are writing to inform the Court that Gemini agrees with and, to the extent permissible, joins and incorporates the *Emergency Motion of Insurers for a Stay Pending Appeal and a Temporary Stay While the Court Rules on the Motion*, which was filed through email on April 10, 2023 by National Union Fire Insurance Company of Pittsburgh, PA, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania.

    We are unable to formally join the motion at this time due to the emergency basis of the appeals. Furthermore, the appeals were not yet been docketed or consolidated as they were in the district court. If the Court requests it, we can submit a separate conforming motion for their convenience.

Hon. Patricia S. Dodszuweit
April 11, 2023
Page 2 of 2

    Please contact me should you require further information.

                                                Respectfully submitted,

                                                William H. White Jr.

*cc: All counsel (via email)*

KIERNAN TREBACH